AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 29 2016

MATTHEW J. DYKMAN
CLERK

United States of America
v.

LARRY JUNE
*Defendant(s)*

Case No. 16-MJ-4220

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/25/2016  in the county of  San Juan  in the
District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 1153(a) | Crime on Indian Reservation |
| Title 18, U.S.C. Section 1111(a) | Murder |

This criminal complaint is based on these facts:

See Attached Affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Jeffrey T. Wright, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  November 29 2016

*Judge's Signature*

City and state:  Farmington, New Mexico

B. Paul Briones, US Magistrate Judge
*Printed name and title*

```
                         NEW MEXICO
                    ALBUQUERQUE, NEW MEXICO
United States of America          )
                                  )
vs                                )
                                  )
LARRY JUNE                        )
YEAR OF BIRTH:  1959              )
```

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND PROBABLE CAUSE ARREST

I, Jeffrey T. Wright, being duly sworn, do hereby depose and state:

1. I am a Special Agent (SA) with the United States Department of Justice, Federal Bureau of Investigation (FBI), and have been employed in that capacity for approximately eight years. I am currently assigned to the Albuquerque Division of the FBI, Farmington Resident Agency, and have primary investigative responsibility for crimes that occur in Indian Country, including violent crimes such as homicide, robbery, aggravated assault, and sexual assault. I am also responsible for investigating all other federal crimes which fall within the FBI's purview in the San Juan County area of New Mexico.

2. The information set forth in this affidavit has been derived from an investigation conducted by your Affiant, Shiprock Criminal Investigator (CI) Jerrick Curley, Navajo Department of Criminal Investigations (NDCI), and/or

communicated to me by other law enforcement officers of the Navajo Nation and/or witnesses. It is intended to show only that there is sufficient probable cause for an arrest and does not set forth all of my knowledge about this matter.

3. This investigation concerns the alleged violation of Title 18 United States Code §1111(a) (Murder) and 1153(a)(Criminal Offense committed within Indian Country).

4. Your Affiant is aware that on the evening of November 25, 2016, law enforcement officers of the Navajo Police Department (NPD), as well as Emergency Medical Services (EMS) personnel, responded to the report of a stabbing which occurred during a traditional Navajo ceremony in the area of Sheep Springs, New Mexico, within the exterior boundaries of the Navajo Nation Indian Reservation. Responding officers and EMS technicians came into contact with a 53 year-old female, year of birth 1963, identified herein as Jane Doe and who is an enrolled member of the Navajo Nation Indian Tribe, near the intersection of Highway 491 and State Road 134, adjacent to the Sheep Springs convenience store. Jane Doe was transported from the initial scene of the stabbing to this area by concerned citizens in an attempt to meet with EMS. Jane Doe was observed to be unresponsive and bleeding profusely from several wounds.

5. After attempting to provide life saving care without success, efforts were discontinued. Jane Doe was subsequently pronounced deceased on November 25, 2016, at

approximately 11:35 p.m., by Field Investigator Pauline Houston, New Mexico Office of the Medical Investigator.

6. Subsequent investigation determined that Jane Doe was transported by three concerned citizens from approximately two miles away, where she had been selling food from her trailer at a traditional Navajo ceremony, which was a large gathering. The ceremony was held just east of Highway 491, approximately at mile marker 45, within the exterior boundaries of the Navajo Nation Indian Reservation.

7. Witness 1, identified as R.E., year of birth 1948, who drove Jane Doe from the site of her trailer to seek help near the Sheep Springs convenience store, told your Affiant he overheard an argument coming from inside Jane Doe's trailer as he sat at a campfire approximately fifteen feet away. He further observed the trailer to be rocking back and forth. When Witness 1 looked through the front service window of the trailer to see what was going on, he saw a man standing over Jane Doe. The man appeared to be hitting Jane Doe. After the man left the trailer and fled the scene, Jane Doe came outside and got inside her van. She appeared to be bleeding from several stab wounds and was moaning. When Witness 1 asked who did this to her, Jane Doe responded, "My husband".

8. Witness 2, identified as D.E., year of birth 1974, also overheard an argument between Jane Doe and a man who was assisting her by taking food orders and collecting money. Witness 2 later heard banging noises which sounded

like fighting coming from inside Jane Doe's trailer. She subsequently heard a woman's voice yell from inside the trailer, "He has a knife." When Witness 2 looked through a small trailer window, she saw a man standing over Jane Doe. Witness 2 yelled for the man to stop. When Witness 1 later asked who had done this to Jane Doe, Witness 2 heard Jane Doe state, "My husband".

9. Witness 3, identified as M.S., year of birth 1999, also stood nearby the trailer and overheard the argument. When he came over to help, Witness 3 heard Jane Doe say her husband had stabbed her.

10. Witnesses advised the man who was standing above Jane Doe inside the trailer had fled the scene. He was dressed in a "Carhartt" style work jacket that may have been brown. He also wore a "hoody" sweatshirt.

11. Jane Doe's adult children subsequently identified her husband as LARRY JUNE. JUNE was located by NPD officers in the early morning hours of November 26, 2016, at a house in Shiprock, New Mexico, and was subsequently taken into tribal custody. At the time of his arrest, JUNE was dressed in a brown and green camouflage work jacket and a yellow hooded sweatshirt. His sweatpants were also stained with a red substance similar in appearance to blood.

12. JUNE was interviewed on November 28, 2016, and provided the following information to your Affiant and CI Curley: JUNE is the husband of Jane Doe. On the night of November 25, 2016, he was at the Navajo ceremony with Jane Doe selling food from Jane Doe's trailer. No other people

were inside the trailer with JUNE and Jane Doe. Sometime after sundown, Jane Doe and JUNE began to argue. She yelled at him several times as people were nearby, causing JUNE to feel embarrassed. After the argument later intensified inside the trailer, Jane Doe antagonized JUNE by poking at him with a lighter. JUNE pushed Jane Doe and they fell together near the stoves. JUNE subsequently punched Jane Doe three times as she leaned against a table. Jane Doe then grabbed a knife from the table with her right hand and swung it toward JUNE. The swinging motion missed JUNE, however, and ended as Jane Doe stabbed herself once in her right side. JUNE thereafter heard a woman ask what was going on. He subsequently left the trailer and walked away. As he walked away, he continued to look back at the trailer. No other people ever entered the trailer.

13. Upon physical observation of Jane Doe's body, your Affiant observed her to have at least five stab wounds, to include at least two wounds in the area of her right abdomen, two to her right breast, and one on her back.

14. Based upon the information provided in this affidavit, your Affiant submits there is probable cause to believe that on the evening of November 25, 2016, LARRY JUNE, an enrolled member of the Navajo Nation Indian Tribe, was within the territorial jurisdiction of the Navajo Nation Indian Reservation when he killed Jane Doe by stabbing her multiple times, in violation of Title 18, United States Code §1153 (Criminal Offense committed within Indian Country) and 1111 (Murder).

Case 1:16-cr-04707-JB   Document 1   Filed 11/29/16   Page 6 of 7

15. On November 29, 2016, at approximately 10:30 a.m., JUNE was arrested by your Affiant on the above stated charges and booked at the San Juan County Adult Detention Center. JUNE's arrest was based on the probable cause stated herein and was deemed immediately necessary to protect the public as he was unexpectedly released from the custody of the Navajo Nation.

16. I swear this information to be true and correct to the best of my knowledge and belief.

Jeffrey T. Wright
Special Agent
Federal Bureau of Investigation
Farmington, New Mexico

Subscribed and sworn to before me this 29th day of November, 2016.

United States Magistrate Judge