**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 20 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-4707 JB |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153, 1111:   Second |
| | ) | Degree Murder. |
| **LARRY JUNE,** | ) | |
| | ) | |
| Defendant. | ) | |

### I N D I C T M E N T

The Grand Jury charges:

On or about November 25, 2016, in Indian Country, in San Juan County, in the District of

New Mexico, the defendant, **LARRY JUNE**, an Indian, unlawfully killed Jane Doe with malice

aforethought, in that the defendant stabbed Jane Doe with a knife.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

12/12/16   4:09PM